| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA:  Jeremiah Smith<br>Special Agent:  Timothy Madison | Telephone:  (313) 226-9100<br>Telephone:  (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Roderick Lamont Blackmon | Case No.  Case: 2:23−mj−30088<br>Assigned To : Unassigned<br>Assign. Date : 3/6/2023<br>SEALED MATTER (LH) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 11, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | possession of a firearm and ammunition by a convicted felon |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Timothy J. Madison, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 6, 2023__

_____
*Judge's signature*

City and state: __Detroit, Michigan__     Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy J. Madison, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I have knowledge of the facts set forth in this affidavit based upon information and belief derived from a review of the associated police reports.

2. I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Field Division, Group II, Crime Gun Enforcement Team (CGET). As an ATF S/A, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection and firearms trafficking.

3. Prior to working with the ATF, I was employed by the Michigan State Police for more than eight years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with the Michigan State Police, I initiated more than one hundred felony

1

investigations as the lead detective. During my investigations, I drafted more than three hundred warrant affidavits and participated in hundreds of search warrant and arrest operations. These investigations often included both state and federal violations and consisted of crimes of violence, firearms, and drug trafficking.

4. In addition to my specialized training and experience, I have obtained a Juris Doctor from the University of Detroit Mercy School of Law and have been a member of the State Bar of Michigan since October 2016.

## INFORMATION SOURCES AND LIMITATIONS

5. The facts contained within this affidavit are based on information derived from written reports that I have received and reviewed. These reports were authored by sworn law enforcement officers, including officers of the Detroit Police Department (DPD), who have personal knowledge of the events and circumstances described herein. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Roderick Lamont BLACKMON (B/M, DOB XX/XX/1985), a convicted felon, possessed firearms and ammunition in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

7. On February 16, 2023, I reviewed DPD reports associated with an arrest of BLACKMON on September 11, 2021. During a review of DPD report # 210911-0334, I learned the following information:

   a. On September 11, 2021, DPD officers on patrol in the city of Detroit observed a silver 2017 Chevrolet Sonic, Michigan registration JULY14, with illegal window tint driving southbound on South Ethel Street. As the officers pulled behind the vehicle, they observed it fail to signal while turning into the driveway of 3593 South Ethel Street. The officers initiated a traffic stop for the violations.

   b. Upon approach, officers contacted BLACKMON the driver and lone occupant of the vehicle. During their contact with BLACKMON, in plain view, one of the officers observed a "large amount" of clear plastic bags consistent with narcotics packaging materials inside the outer pocket of a tool bag, sitting on the front passenger seat. In addition to packaging materials, the officer observed a clear plastic container holding suspected controlled substances in the passenger compartment of the vehicle (an officer later recovered the container from the driver's seat). One officer also observed that BLACKMON had brass knuckles attached to a key chain on the left side of his waist.

   c. Officers eventually instructed BLACKMON to exit his vehicle, and they informed him he was being detained for further investigation. While BLACKMON was exiting the vehicle, one of the officers observed the handle of a handgun sticking out from underneath his seat. Officers asked BLACKMON if he had a concealed pistol license. He indicated he did not.

   d. The officers detained BLACKMON and recovered the handgun from underneath his seat. A search of the Law Enforcement Information Network (LEIN) determined the handgun was a stolen 40 caliber, Springfield Armory, XD 40, serial #

3

    XD520402. According to officers, the handgun was loaded with 10 rounds of ammunition, including one in the chamber. Officers further searched the car and located the following items:

    i. Inside a clear plastic container on the driver's seat – Naproxen tablets, suspected oxycodone, and suspected ecstasy tablets.

    ii. Inside a tool bag on the front passenger seat of the vehicle – a plastic bag containing a quantity of suspected heroin, a plastic bag containing a quantity of suspected cocaine, a plastic bag containing a quantity of suspected cocaine base (crack cocaine), a clear container containing suspected Xanax, and 1 magazine containing 10 rounds of .45 caliber handgun ammunition.

    iii. Inside the trunk of the vehicle – 1 Rock River Arms, LAR-15, 5.56 x 45mm caliber rifle, serial # SM310132, listed in LEIN as a stolen firearm. Officers noted the rifle was loaded with a magazine containing 14 .223 caliber rounds. There was not a round in the chamber.

8. According to a computerized criminal history (CCH) obtained from the LEIN, BLACKMON has at least five prior felony convictions stemming from separate criminal incidents. BLACKMON's convictions include:

  a. December 2022 – Felony controlled substance - possession/analogues and Felony weapons carrying concealed - Pled guilty – 16th Circuit Court of Macomb County, Michigan.

  b. May 2015 – Felony controlled substance - Delivery/Manufacture (cocaine, heroin, or another narcotic) less than 50 grams – Pled guilty – 3rd Circuit Court of Wayne County, Michigan.

  c. February 2005 – Felony assault with intent to murder & Felony weapons – Felony firearm – Pled guilty – 3rd Circuit Court of Wayne County, Michigan.

    d.    October 2004 – Felony weapons – Carrying concealed – Found guilty – 3rd Circuit Court of Wayne County, Michigan.

    e.    October 2004 – Attempt – Felony stolen property – Receiving and concealing – Motor vehicle – Found guilty – 3rd Circuit Court of Wayne County, Michigan.

9. According to records from the Michigan Department of Corrections (MDOC), BLACKMON served time in prison from February 2005 to February 2012. Therefore, Blackmon would have known he was a convicted felon and prohibited from possessing firearms and ammunition at the time of this offense on September 11, 2021.

10. Additionally, I have learned through my training and experience that, since April 2002, the MDOC notifies convicted felons upon release that they are subject to the prohibitions of 18 U.S.C. § 922(g)(1) via MDOC form CSJ 290.

11. On March 2, 2023, I requested a copy of the CSJ 290 form issued to BLACKMON by the MDOC. The MDOC advised they only retain hard copies of signed documents for six years. Therefore, because BLACKMON was released in 2012, the CSJ 290 form had been purged from their system. I asked for an electronic copy of the document but was informed there was no electronic copy on file.

12. On February 23, 2023, I spoke with ATF Interstate Nexus Expert, S/A Joshua McLean, who indicated both firearms seized during BLACKMON's arrest were manufactured outside the state of Michigan. Therefore, according to S/A McLean, both firearms traveled in and/or affected interstate commerce.

## CONCLUSION

13. Based on the information included in the preceding paragraphs, probable cause exists that BLACKMON possessed firearms and ammunition on September 11, 2021, in violation of 18 U.S.C. § 922(g)(1). Furthermore, the violation occurred in Detroit, Michigan, which is in the Eastern District of Michigan.

Respectfully submitted,

Timothy J. Madison, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge

Date: March 6, 2023

6