3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RODERICK LAMONT BLACKMON,

      Defendant.

_____/

Case: 2:23-cr-20181
Judge: Lawson, David M.
MJ: Altman, Kimberly G.
Filed: 03-21-2023 At 04:02 PM
IND USA V RODERICK LAMOND BLACKMON (SS)

Violation:
18 U.S.C. § 922(g)(1)

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about September 11, 2021, in the Eastern District of Michigan, Southern Division, the defendant, Roderick Lamont Blackmon, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one Springfield Armory, XD 40, 40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Roderick Lamont Blackmon shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: one Springfield Armory, XD 40, 40 caliber pistol; one Rock River Arms, LAR-15, 5.56 x 45mm caliber rifle; 40 caliber ammunition; and .223 caliber ammunition.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

Date: March 21, 2023

DAWN N. ISON
United States Attorney

*s/Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*s/Jeremiah G. Smith*
JEREMIAH G. SMITH
Assistant United States Attorney

2

| United States District Court<br>Eastern District of Michigan | **Criminal Case** | Case: 2:23-cr-20181<br>Judge: Lawson, David M.<br>MJ: Altman, Kimberly G.<br>Filed: 03-21-2023 At 04:02 PM<br>IND USA V RODERICK LAMOND BLACKMON (SS) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes      ☒ No | **AUSA's Initials:**      JGS |

**Case Title:** USA v.  RODERICK LAMONT BLACKMON

**County where offense occurred :**  Wayne

**Check One:**      ☒ **Felony**           ☐ **Misdemeanor**           ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.

__✓__Indictment/_____Information --- based upon prior complaint [**Case number:** 23-mj-30088                    ]

_____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 21, 2023
Date

*Jeremiah G. Smith*

Jeremiah G. Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-0242
Fax:     (313) 226-2311
E-Mail address: jeremiah.smith@usdoj.gov
Attorney Bar #: P80301

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.